■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER R. CADET, Appellant. [18 NYS3d 551]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Cohen, J.), imposed January 10, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Sanders,* 25 NY3d 337, 340-342 [2015]; *People v Lopez,* 6 NY3d 248, 255-257 [2006]). Eng, P.J., Leventhal, Dickerson, Miller and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN CARRION, Appellant. [18 NYS3d 550]—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Condon, J.), rendered September 27, 2013, convicting him of attempted robbery in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins,* 11 NY3d 484, 492 [2008]; *People v Gumbs,* 58 AD3d 641, 641 [2009]; *People v Crawford,* 38 AD3d 680, 681 [2007]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that the evidence was legally sufficient to establish his guilt beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]). Dillon, J.P., Miller, Duffy and LaSalle, JJ., concur.